Koles, Burke & Bustillo, L.L.P.
2600 Kennedy Boulevard
Jersey City, New Jersey 07306
(201) 200-0300
Attorney for Nyenelme Ibok, Riolene Ibok and Michael Latorre
johnburkeesq@verizon.net

---

Plaintiff (s),

Nyenelme Ibok, Riolene Ibok and Michael Latorre,

         Civil Action Number: 2:08-2791
         (PGS) (ES)
    vs.

Defendant (s),

IndyMac Bank, FSB,
John Doe Nos. 1-10, (fictitious names), and
ABC Corp. Nos. 1-10 (fictitious names),

---

         CIVIL ACTION

**STIPULATION OF DISMISSAL
AS TO DEFENDANT INDYMAC BANK, FSB
WITH PREJUDICE**

  This matter having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against IndyMac Bank, FSB.

Dated: October 28, 2008

By _____
John M. Burke, Esq.
Koles, Burke & Bustillo, LLP
Attorney for the Plaintiffs

By _____
Diane A. Bettino, Esq.
Reed Smith LLP
PO Box 7839
136 Main
Princeton, NJ 08543
Attorney for IndyMac Bank, FSB

SO ORDERED: _____
DATED: 10/29/08